# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

New Garden Township,                    :
                    Petitioner         :
                                 :
                    v.                 :     No. 1360 C.D. 2019
                                 :
Pennsylvania Public Utility             :
Commission,                             :
                    Respondent         :

**PER CURIAM**                **O R D E R**

**NOW**, January 4, 2021, it is ordered that the above-captioned Memorandum Opinion, filed October 14, 2020, shall be designated OPINION and shall be REPORTED.